IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY ROLAND,

    Plaintiff,

v.                                                       CASE NO. 1:11-cv-00035-MP-GRJ

DAVID A GLANT,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) because Plaintiff seeks monetary relief against a defendant who is immune from suit. Petitioner has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 6, is ACCEPTED and incorporated herein.

    2.    Plaintiff's first amended complaint, Doc. 4, is DISMISSED.

    **DONE AND ORDERED** this  *9th* day of August, 2011

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge